## STATE OF INDIANA *v.* MORROW ET AL.

[Nos. 24,591, 24,592, 24,593.   Filed November 12, 1924.]

From Clark Circuit Court; *James W. Fortune,* Judge.

Oscar Morrow, Leslie Waldeck and Edward Stoll were charged with violation of the prohibition law. The affidavits were quashed in the trial court, and the State appeals. *Reversed.*

*U. S. Lesh,* Attorney-General, *Mrs. Edward Franklin White,* Deputy Attorney-General, and *Dale F. Stansbury,* for appellant.
*Stotsenburg, Weathers & Minton,* for appellees.

PER CURIAM.—Upon the authority of *State* v. *Lewis* (1924), *ante* 344, the judgment in each of the above cases is reversed, with directions to overrule the motion to quash the affidavit in each case, and for further proceedings.